UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>      v.<br><br>BRAD EDWARDS, et al.,<br><br>              Defendants. | Case No.  16-cv-02153-VC<br><br>**ORDER TO SHOW CAUSE** |

   Quinn Chevalier, counsel for defendant Brad Edwards, is ordered to show cause why he should not be sanctioned, pursuant to the Court's inherent authority, for failure to appear at today's case management conference.  Mr. Chevalier must file a written response to this order to show cause, not to exceed ten pages, by September 9, 2016.  A hearing on the order to show cause will take place on November 17, 2016.  The hearing on defendant Wolfe's motion to dismiss is continued to November 17th as well.  A hearing on the plaintiff's anticipated motion for default judgment against defendant Gilmore will also take place on November 17th.  Finally, a further case management conference will take place on November 17th, with the parties to file a joint case management conference statement by November 10th.

   **IT IS SO ORDERED.**

Dated: September 6, 2016

_____
VINCE CHHABRIA
United States District Judge