UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRAD EDWARDS, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-02153-VC<br><br>**ORDER RE HEARING**<br>Re: Dkt. No. 92 |

　　At the hearing tomorrow on the motion to dismiss, the parties should be prepared to discuss whether: (i) there is authority for the proposition that Brad Edwards's cross-claim under California Welfare and Institutions Code section 15657.5 allows for an equitable remedy invalidating the designation of Jacqueline Edwards as the beneficiary of the life insurance policy; and (ii) if so, whether invalidating Jacqueline's designation under section 15657.5 (as opposed to Probate Code section 259) would give Brad a claim to the life insurance proceeds.

　　**IT IS SO ORDERED.**

Dated: June 28, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge